United States District Court

Eastern District of California

|  |  |
|---|---|
| Patrick William Banks, | |
|     Petitioner, | No. Civ. S 05-0797 MCE PAN P |
|   vs. | Order |
| Mark Shepherd, et al., | |
|     Respondents. | |

-oOo-

Petitioner, a state prisoner proceeding without counsel, requested leave to proceed in forma pauperis upon an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Examination of the in forma pauperis affidavit reveals petitioner is unable to afford the costs of suit.  Leave to proceed in forma pauperis is granted.  See 28 U.S.C. § 1915(a).

April 27, 2005, the court recommended the action be dismissed upon the ground petitioner's claims were not exhausted. May 16, 2005, petitioner filed objections and they are

well-taken.

A judge "entertaining an application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243. Petitioner may be entitled to relief.

I therefore grant petitioner's request to proceed in forma pauperis and direct respondent to respond to petitioner's application within 60 days.  See Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application.  See Rule 5, Fed. R. Governing § 2254 Cases.  Petitioner's reply, if any, shall be filed and served within 30 days of service of an answer.  If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within 30 days of service of the motion, and respondent's reply, if any, shall be filed within 15 days thereafter.  The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's April 22, 2005, petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Jo Graves, Attorney General for the State of California.

The April 27, 2005, findings and recommendations are vacated.

So ordered.

1  Dated:  May 31, 2005.

2                                       /s/ Peter A. Nowinski
                                        PETER A. NOWINSKI
3                                       Magistrate Judge