United States District Court

Eastern District of California

Patrick William Banks,

     Petitioner,                    No. Civ. S 05-0797 MCE PAN P

  vs.                              Order

Mark Shepherd, et al.,

     Respondents.

-oOo-

    August 11, 2005, petitioner requested an extension of time to oppose respondent's motion to dismiss.  Good cause appearing, petitioner's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated:  August 16, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge