United States District Court

Eastern District of California

Patrick William Banks,

    Petitioner,

vs.

Mark Shepherd, et al.,

    Respondents.

No. Civ. S 05-0797 MCE PAN P

Findings and Recommendations

-oOo-

Petitioner alleges his constitutional right to due process was violated in connection with California parole proceedings.

Respondent moved July 25, 2005, to dismiss based on the district court's ruling in <u>Sass v. California Bd. of Prison Terms</u>, 376 F. Supp. 2d 975 (E.D. Cal. 2005). September 15, 2005, petitioner opposed.

This case is assigned to the same district judge who decided <u>Sass</u>. Therefore, although that decision is pending on appeal, in the interest of judicial economy and decorum I hereby recommend

1 that respondent's July 25, 2005, motion to dismiss be granted and
2 this action be dismissed.
3    Pursuant to the provisions of 28 U.S.C. § 636(b)(1), these
4 findings and recommendations are submitted to the United States
5 District Judge assigned to this case.  Written objections may be
6 filed within 10 days of service of these findings and
7 recommendations.  The document should be captioned "Objections to
8 Magistrate Judge's Findings and Recommendations."  The district
9 judge may accept, reject, or modify these findings and
10 recommendations in whole or in part.
11    Dated:  November 22, 2005.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge