IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK WILLIAM BANKS,  No. 2:05-cv-0797-MCE-PAN-P

     Petitioner,

  v.  ORDER

Mark Shepherd,

     Respondent.

/

Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's January 5, 2006, denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

///

1

1 The court must either issue a certificate of appealability
2 indicating which issues satisfy the required showing or must
3 state the reasons why such a certificate should not issue.  Fed.
4 R. App. P. 22(b).
5     For the reasons set forth in the magistrate judge's November
6 23, 2005, findings and recommendations, petitioner has not made a
7 substantial showing of the denial of a constitutional right.
8 Accordingly, a certificate of appealability should not issue in
9 this action.
10     IT IS SO ORDERED.
11 DATE: February 13, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2