IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK WILLIAM BANKS,

    Petitioner,                 No. CIV S-05-0797 MCE EFB P

    vs.

MARK SHEPARD, et al.,

    Respondents.                 <u>ORDER</u>

                                /

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On November 23, 2005, the magistrate judge then assigned to this action recommended that respondent's July 25, 2005 motion to dismiss be granted and that this action be dismissed. On January 4, 2006, the district judge adopted those findings and recommendations and judgment was duly entered in favor of respondents. On January 18, 2008, however, the United States Court of Appeals for the Ninth Circuit ordered that the judgment of this court be vacated and remanded.

        Accordingly, it is ORDERED that

        1. Respondent shall file and serve either an answer or a motion in response to petitioner's application within 60 days from the date of this order. *See* Rule 4, Fed. R. Governing § 2254 Cases. Any response shall be accompanied by any and all transcripts or other

1

documents relevant to the determination of the issues presented in the application. *See* Rules 4, 5, Fed. R. Governing § 2254 Cases.

    2. Petitioner's reply, if any, shall be filed and served within 30 days of service of an answer.

    3. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within 30 days of service of the motion, and respondent's reply, if any, shall be filed within 15 days thereafter.

    4. The Clerk shall serve on the parties the form Consent to Proceed Before a United States Magistrate Judge.

Dated: April 1, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

\