IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK WILLIAM BANKS, | No. 2:05-cv-00797-MCE-CHS P |
|     Petitioner, | |
|   vs. | ORDER |
| MARK SHEPHERD, et al., | |
|     Respondents. | |
| _____/ | |

    Petitioner, a state prisoner proceeding pro se, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On May 7, 2010, the magistrate judge's findings and recommendations were filed and served on all parties. The findings and recommendations contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Petitioner filed objections to the findings and recommendations.

///

///

///

1

1  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304,
2 this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file,
3 the court finds the findings and recommendations to be supported by the record and by proper
4 analysis.
5  Accordingly, IT IS HEREBY ORDERED that:
6 1. The findings and recommendations filed May 7, 2010, are adopted in full; and
7 2. Petitioner's application for a writ of habeas corpus is denied.
8  Dated: July 2, 2010

10  MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE

2